NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**CLEAR WITH COMPUTERS, LLC,**
*Plaintiff-Appellant,*

**v.**

**DICK'S SPORTING GOODS, INC., FORTY NINERS FOOTBALL COMPANY, LLC, HELLY HANSON (U.S.) INC., LEVI STRAUSS & CO., NFL ENTERPRISES LLC, SPANX, INC., AND MLB ADVANCED MEDIA, L.P.,**
*Defendants-Appellees,*

**AND**

**THE FINISH LINE, INC.,**
*Defendant-Appellee.*

_____

2014-1336, -1338, -1341, -1342, -1343, -1344, -1345, -1346

_____

Appeals from the United States District Court for the Eastern District of Texas in Nos. 6:12-cv-00674-LED, 6:12-cv-00675-LED, 6:12-cv-00945-LED, 6:12-cv-00947-LED, 6:12-cv-00948-LED, 6:12-cv-00949-LED, 6:12-cv-00950-LED, and 6:12-cv-00951-LED, Chief Judge Leonard Davis.

_____

**ON MOTION**

2   CLEAR WITH COMPUTERS, LLC v. DICK'S SPORTING GOODS, INC.

_____

**O R D E R**

The parties jointly move to withdraw the above-captioned appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw is granted.  The appeals are dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s21


ISSUED AS A MANDATE: October 23, 2014